William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

RAUL BARRETO

                              NOTICE OF THE
                              BROOKFIELD
       V.                         PARTIES' ADOPTION OF
                              AMENDED ANSWER
                              TO MASTER
                              COMPLAINT

90 CHURCH STREET LIMITED PARTNERSHIP,
ET. AL.,                                    CASE NUMBER: (AKH)
                                            07 CV 4451
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B Co. GP Corp. (collectively the "Brookfield Defendants"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Defendants' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Defendants demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October _30_ 2007

                                            Faust, Goetz, Schenker & Blee, LLP

                                            By: William J. Smith (WJS-9137)
                                            Attorneys for the Brookfield Defendants
                                            Two Rector Street, 20th Floor
                                            New York, NY 10006
                                            (212) 363-6900